IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA HALESEY, | ) |
| Plaintiff, | ) Civil Action No. 3:20-cv-02363 |
| v. | ) Magistrate Judge Martin C. Carlson |
| SURGICAL SPECIALTY CENTER OF NORTHEASTERN PENNSYLVANIA, LLC and AMSURG, LLC, | ) *Filed Electronically* |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate to dismissal of this civil action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice.

Respectfully submitted,

FOR PLAINTIFF:

By: */s/ Peter C. Wood, Jr.*
Peter C. Wood, Jr. (PA 310145)
peter@mobiliowood.com

Mobilio Wood
900 Rutter Ave., Box 24
Forty Fort, PA 18704
Telephone: (570) 234-0442
Counsel for Plaintiff

Dated:  November 22, 2021

FOR DEFENDANTS:

By: */s/ Philip K. Kontul*
Philip K. Kontul (PA 94156)
philip.kontul@ogletree.com

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place
Suite 1900
Pittsburgh, PA  15222
Telephone: (412) 394-3352
Counsel for Defendants